IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

WILLIAM C. SMITH,
D.O.C # 116305,

    Plaintiff,

v.                                                                                             4:22cv373–WS/MAF

RICKY DIXON, Secretary,
Department of Corrections,

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (ECF No. 62) docketed November 29, 2023. The magistrate judge recommends that Plaintiff's motion for partial summary judgment (ECF No. 60) be denied. No objections to the report and recommendation have been filed.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (ECF No. 62) is hereby ADOPTED and incorporated by reference into this order.

2. Plaintiff's motion for partial summary judgment (ECF No. 60) is DENIED.

3. The clerk shall return the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   1st   day of   January  , 2024.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE